AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

CHEX SYSTEMS, INC., a Minnesota Corporation )
)
_Plaintiff_ )
v. ) Civil Action No. 8:10 CV 2465 T 33 MAP
DP BUREAU, LLC, a Florida limited liability co. and )
CL VERIFY, LLC, a Florida limited liability co. )
)
_Defendant_ )

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   CL VERIFY, LLC
c/o DP BUREAU, LLC, Registered Agent
204 Corbett Street
Belleair, Florida 33756

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    David M. Wells, Esq.
Gunster, Yoakley & Stewart, P.A.
225 Water Street
Suite 1750
Jacksonville, FL 32202
(904) 354-1980

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: NOV - 4 2010

_Signature of Clerk or Deputy Clerk_

CL verify LLC                                                                 193979

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE: November 10th 2010 |
| NAME OF SERVER (PRINT): Lydia A. Velez | TITLE: Appointed Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

■ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/11/2010
                Date                    Signature of Server

902 N. Rome Ave. Tampa, FL 33606
*Address of Server*

204 CORBETT STREET CLEARWATER, FL - 11/5/10 5PM NO VEHICLES NO ANSWER; 11/6/10 8:10AM NO VEHICLES, NO ANSWER; 11/6/10 7PM - LIGHTS ON INSIDE RESIDENCE, NO VEHICLES NO ANSWER 11/8/10 7:49AM NO VEHICLES NO ANSWER
11/8/10 5:40PM - SERVER SPOKE WITH A FEMALE WHO IDENTIFIED HERSELF AS ADULT DAUGHTER OF NICOLE MCDERMOTT. THE DAUGHTER STATED THAT NICOLE WAS NOT HOME, SHE DID NOT KNOW WHEN SHE WOULD BE RETURNING AND ASKED SERVER TO COME BACK LATER. WAS ALSO ADVISED THAT GRADY REYNOLDS HAS MOVED OUT OF STATE, TO TEXAS.
ATTEMPTED AGAIN  11/8/10 8PM - THE DAUGHTER WAS STILL AT THE RESIDENCE, NICOLE MCDERMOTT HAD NOT RETURNED AS OF YET. DURING THIS ATTEMPT THE DAUGHTER ADVISED SERVER THAT NICOLE MCDERMOTT WOULD NOT BE HOME UNTIL SOMETIME AFTER 10PM.

2ND ADDRESS) 1311 DRUID RD S. BELLEAIR, FL 33756 - THIS ADDRESS IS A RESIDENCE ALSO BELONGING TO NICOLE MCDERMOTT. AT THIS ADDRESS THE SERVER HAS ONLY MADE CONTACT WITH THE SUBJECT'S BABYSITTER WHO CONFIRMED THAT SUBJECT LIVES AT AND MAINTAINS BOTH ADDRESSES.

SERVER HAS BEEN UNABLE TO CONTACT SUBJECT OF THIS PROCESS AT EITHER GIVEN ADDRESS AFTER NUMEROUS ATTEMPTS.
SERVICE STOPPED PER CLIENTS INSTRUCTIONS.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.