AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* DP Bureau LLC @ 950 Missouri Ave N. Largo, FL 33770
was received by me on *(date)* November 12, 2010

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because   see below   ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00

I declare under penalty of perjury that this information is true.

Date: 11/16/10

*Server's signature*

Lydia A. Velez, Sheriff Appointed Process Server
*Printed name and title*

902 N. Rome Ave Tampa, FL 33606
*Server's address*

Additional information regarding attempted service, etc:

Address provided has two seperate business suites/office. One office is completely vacant. The other is occupied by Southern Pawn, a pawn shop. DP Bureau LLC is no longer located at this address.

**PRIORITY**

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | | |
|---|---|---|
| CHEX SYSTEMS, INC., a Minnesota Corporation | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 8:10-cv-02465-VMC-MAP |
| DP BUREAU, LLC, a Florida limited liability co. and | ) | |
| CL VERIFY, LLC, a Florida limited liability co. | ) | |
| *Defendant* | ) | |

**RACE** B  W  H

**SEX** M  F

### ALIAS SUMMONS IN A CIVIL ACTION

**AGE** _____

To: *(Defendant's name and address)*
    DP BUREAU, LLC
    950 MISSOURI AVE N.
    LARGO, FL 33770

SS: ___
11-12-10
194169
DATE:
TIME:
WHO:

**HGT** ___ ' ___ "
**WGT** # _____
**SERVED**
**HAIR** _____
**OTHER** _____

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    David M. Wells, Esq.
    Gunster, Yoakley & Stewart, P.A.
    225 Water Street, Suite 1750
    Jacksonville, FL 32202
    (904) 354-1980

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **NOV 1 2 2010**

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*