AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

CHEX SYSTEMS, INC., a Minnesota Corporation )
)
_____ )
Plaintiff )
) Civil Action No. 8:10-cv-02465-VMC-MAP
v. )
)
DP BUREAU, LLC, a Florida limited liability co. and )
CL VERIFY, LLC, a Florida limited liability co. )
_____ )
Defendant )

## ALIAS SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   DP BUREAU, LLC
c/o Secretary of State
P.O. Box 6327
Tallahassee, FL 32314

RECEIVED 10 NOV 23 PM 1:36 CLERK, U.S. DISTRICT COURT MIDDLE DISTRICT OF FLORIDA TAMPA, FLORIDA

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

David M. Wells, Esq.
Gunster, Yoakley & Stewart, P.A.
225 Water Street, Suite 1750
Jacksonville, FL 32202
(904) 354-1980

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SHERYL L. LOESCH
CLERK OF COURT

Date: NOV 2 3 2010     _____
                                   Signature of Clerk or Deputy Clerk