UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHEX SYSTEM, INC.,

    Plaintiff,

v.                                      Case No. 8:10-cv-2465-T-33MAP

DP BUREAU, LLC, *et al.*,

    Defendants.
_____/

**ORDER**

This cause comes before the Court on the motion for special admission to practice (doc. 10). Attorney Paul Maselli moves the Court to allow him to appear *pro hac vice* as counsel for Defendants DP Bureau, LLC and CL Verify, LLC with Ryan D. Barack designated as local counsel pursuant to Local Rule 2.02(a). In accordance with Local Rule 2.02(a), counsel is directed to participate in electronic filing by registering for CM/ECF and obtaining a password within twenty-one (21) days of this Order.[1] He is further directed to electronically file a notice of compliance with CM/ECF registration within twenty-one (21) days of this Order. Upon consideration, it is hereby

ORDERED:

1. The motion for special admission to practice (doc. 10) is GRANTED.

DONE AND ORDERED in Tampa, Florida, on December 3, 2010.

*/s/ Mark A. Pizzo*
MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE

---

[1] Counsel may obtain a password from the Court by accessing the Court's website, located at www.flmd.uscourts.gov, and clicking on CM/ECF. Once counsel has registered for CM/ECF, he must also register an email address.