AO 441 (Rev. 12/09) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF FLORIDA,

| | |
|---|---|
| CHEX SYSTEMS, INC., a Minnesota corporation<br>*Plaintiff*<br>v.<br>DP BUREAU, LLC and CL VERIFY, LLC<br>*Defendant, Third-party plaintiff*<br>v.<br>DAVID M. WELLS, ET AL.<br>*Third-party defendant* | Civil Action No. 8:10-cv-02465-VMC-MAP |

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*  MARTIN ROMAIN
6165 Upper 44th N ST
Saint Paul, MN 55128-2517

A lawsuit has been filed against defendant __DP BUREAU, LLC, et al.__, who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff __CHEX SYSTEMS, INC.__.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:

Paul J. Maselli  
Maselli Warren, P.C.  
600 Alexander Road, Princeton, NJ 08540

Ryan D. Barack  
Kwall, Showers & Barack, P.A.  
133 N. Fort Harrison Ave., Clearwater, FL 33755

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:
David M. Wells, Katherine M. Herbenick
Gunster, Yoakley & Stewart, P.A.
One Enterprise Center, 225 Water Street, Suite 1750, Jacksonville, FL 32202-5185

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached. You may – but are not required to – respond to it.

Date: __DEC - 6 2010__

SHERYL L. LOESCH
*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

AO 441 (Rev. 12/09) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF FLORIDA

| | | |
|---|---|---|
| CHEX SYSTEMS, INC., a Minnesota corporation | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 8:10-cv-02465-VMC-MAP |
| DP BUREAU, LLC and CL VERIFY, LLC | ) | |
| *Defendant, Third-party plaintiff* | ) | |
| v. | ) | |
| DAVID M. WELLS, ET AL. | ) | |
| *Third-party defendant* | ) | |

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)* LEWIS F. CRIPPEN, Registered Agent
Gunster, Yoakley & Stewart, P.A.
777 S. Flagler Drive #500
West Palm Beach, FL 33401

A lawsuit has been filed against defendant __DP BUREAU, LLC, et al.__, who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff __CHEX SYSTEMS, INC.__

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:

Paul J. Maselli              Ryan D. Barack
Maselli Warren, P.C.        Kwall, Showers & Barack, P.A.
600 Alexander Road, Princeton, NJ 08540    133 N. Fort Harrison Ave., Clearwater, FL 33755

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:
David M. Wells, Katherine M. Herbenick
Gunster, Yoakley & Stewart, P.A.
One Enterprise Center, 225 Water Street, Suite 1750, Jacksonville, FL 32202-5185

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached. You may – but are not required to – respond to it.

Date: __DEC - 6 2010__

CLERK OF COURT   SHERYL L. LOESCH

*Signature of Clerk or Deputy Clerk*

AO 441 (Rev. 12/09) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF FLORIDA,

| | | |
|---|---|---|
| CHEX SYSTEMS, INC., a Minnesota corporation | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 8:10-cv-02465-VMC-MAP |
| DP BUREAU, LLC and CL VERIFY, LLC | ) | |
| *Defendant, Third-party plaintiff* | ) | |
| v. | ) | |
| DAVID M. WELLS, ET AL. | ) | |
| *Third-party defendant* | ) | |

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*   MARK O. WILHELM, II
50 N Laura Street Apt 2200
Jacksonville FL 32202-3625

A lawsuit has been filed against defendant __DP BUREAU, LLC, et al.__, who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff __CHEX SYSTEMS, INC.__.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:

Paul J. Maselli                                    Ryan D. Barack
Maselli Warren, P.C.                         Kwall, Showers & Barack, P.A.
600 Alexander Road, Princeton, NJ 08540    133 N. Fort Harrison Ave., Clearwater, FL 33755

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:
David M. Wells, Katherine M. Herbenick
Gunster, Yoakley & Stewart, P.A.
One Enterprise Center, 225 Water Street, Suite 1750, Jacksonville, FL 32202-5185

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached. You may — but are not required to — respond to it.

Date: __DEC - 6 2010__                                    SHERYL L. LOESCH
                                                         *CLERK OF COURT*

                                                         _____
                                                         *Signature of Clerk or Deputy Clerk*

AO 441 (Rev. 12/09) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
для
## MIDDLE DISTRICT OF FLORIDA,

| | |
|---|---|
| CHEX SYSTEMS, INC., a Minnesota corporation )<br>*Plaintiff* )<br>v. )<br>DP BUREAU, LLC and CL VERIFY, LLC )<br>*Defendant, Third-party plaintiff* )<br>v. )<br>DAVID M. WELLS, ET AL. )<br>*Third-party defendant* ) | Civil Action No. 8:10-cv-02465-VMC-MAP |

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*   DAVID M. WELLS
c/o Gunster, Yoakley & Stewart, P.A.
One Enterprise Center, 225 Water Street, Suite 1750
Jacksonville, FL 32202-5185

A lawsuit has been filed against defendant   DP BUREAU, LLC, et al.  , who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff   CHEX SYSTEMS, INC.  .

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:

Paul J. Maselli                                              Ryan D. Barack
Maselli Warren, P.C.                                   Kwall, Showers & Barack, P.A.
600 Alexander Road, Princeton, NJ 08540    133 N. Fort Harrison Ave., Clearwater, FL 33755

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:
David M. Wells, Katherine M. Herbenick
Gunster, Yoakley & Stewart, P.A.
One Enterprise Center, 225 Water Street, Suite 1750, Jacksonville, FL 32202-5185

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached. You may – but are not required to – respond to it.

Date:  DEC - 6 2010                                              SHERYL L. LOESCH
                                                                             *CLERK OF COURT*
                                                                             [signature]
                                                                             *Signature of Clerk or Deputy Clerk*