AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 8:10-cv-02465-VMC-MAP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* CL VERIFY LLC
was received by me on *(date)* 11-12-2010 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Susan Johnson , who is designated by law to accept service of process on behalf of *(name of organization)* CL VERIFY LLC as Senior Director on *(date)* 11/12/2010 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/12/2010

_____
Server's signature

Christinia Therien
Printed name and title
Certified Process Server

c/o 902 N Rome Ave
Server's address
Tampa, FL 33606

Additional information regarding attempted service, etc:



AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| CHEX SYSTEMS, INC., a Minnesota Corporation<br><br>*Plaintiff*<br><br>v.<br><br>DP BUREAU, LLC, a Florida limited liability co. and<br>CL VERIFY, LLC, a Florida limited liability co.<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 8:10-cv-02465-VMC-MAP

RACE B W H

SEX M F

## ALIAS SUMMONS IN A CIVIL ACTION

AGE 46

To: *(Defendant's name and address)*
CL VERIFY, LLC
3030 North Rocky Point Drive
Suite 670
Tampa, FL 33607

SSJ
11-12-10
194168  SERVED
DATE: 11·12·10
TIME: 12:46p
WHO: Susan Johnson

HGT 5'9"
WGT #170 lbs
HAIR Blond
OTHER Glasses

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> David M. Wells, Esq.
> Gunster, Yoakley & Stewart, P.A.
> 225 Water Street, Suite 1750
> Jacksonville, FL 32202
> (904) 354-1980

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: NOV 1 2 2010

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

PRIORITY

# VERIFIED RETURN OF SERVICE

| Court | County | Case # | Court Date & Time |
|---|---|---|---|
| UNITED STATES DISTRICT COURT | MIDDLE DISTRICT- FL. | 8:10-CV-2465-T33 MAP | |

**Plaintiff:** CHEX SYSTEMS INC
-v-
**Defendant:** DP BUREAU LLC AND CL VERIFY LLC

GUNSTER YAOKLEY & STEWART PA
DAVID M WELLS, ESQUIRE
225 WATER STREET
SUITE 1750
JACKSONVILLE, FL 32202

**Process**
ALIAS 21 DAY SUMMONS, COMPLAINT AND EXHIBITS

**Served Upon**
CL VERIFY LLC
3030 NORTH ROCKY POINT DR STE 670   TAMPA, FL. 33607

Received this process on November 12, 2010 at 11:55AM and Served the same on
CL VERIFY LLC
at 12:46PM on November 12, 2010, in TAMPA, HILLSBOROUGH County, FL

**CORPORATE**

CORPORATE SERVICE: F.S. 48.081 (1)(a)(b)(c)(d), (2) or (3)

By Serving: SUSAN JOHNSON
As: SENIOR DIRECTOR-AUTHORIZED AGENT
For: CL VERIFY LLC

**Comments:**

SUSAN JOHNSON IS DESCRIBED AS: WHITE, FEMALE, APPROX. 46 YRS OLD, APPROX. 5'9", APPROX. 170 LBS., BLOND HAIR, NO GLASSES.

Circuit Certified Or Appointed Process Server:

*[signature: Christinia Therien]*

CHRISTINIA THERIEN
CPS-05-711290-HILLS. - County

11/12/2010

Tracker SQL v9.09
Affidavit2

I Acknowledge that I am authorized to serve process, in good standing in the jurisdiction wherein this process was served and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing doucment and that the facts stated in it are true. F.S.92.525(2).

**Our #:** 194168
**Client's #:**

SPECIAL SERVICES OF JACKSONVILLE

729 PARKER STREET
JACKSONVILLE, FL. 32202

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| CHEX SYSTEMS, INC., a Minnesota Corporation </br></br> *Plaintiff* </br></br> v. </br></br> DP BUREAU, LLC, a Florida limited liability co. and </br> CL VERIFY, LLC, a Florida limited liability co. </br></br> *Defendant* | Civil Action No.  8:10-cv-02465-VMC-MAP |

## ALIAS SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
    CL VERIFY, LLC
    3030 North Rocky Point Drive
    Suite 670
    Tampa, FL 33607

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
    David M. Wells, Esq.
    Gunster, Yoakley & Stewart, P.A.
    225 Water Street, Suite 1750
    Jacksonville, FL 32202
    (904) 354-1980

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                                                *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 8:10-cv-02465-VMC-MAP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:
.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____          _____
                                           *Server's signature*

                                           _____
                                           *Printed name and title*

                                           _____
                                           *Server's address*

Additional information regarding attempted service, etc: