# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

CHEX SYSTEMS, INC., a
Minnesota corporation,

                      Plaintiff

v.                                           Case No. 8:10-cv-02465-VMC-MAP

DP BUREAU, LLC, a Florida limited
liability company and CL VERIFY, LLC,
a Florida limited liability company,

                      Defendants.

_____/

## (CONSENT MOTION)
### SUPPLEMENT OF CONSENT TO CHEX SYSTEMS, INC., DAVID M. WELLS, GUNSTER, YOAKLEY & STEWART, P.A., MARTIN ROMAIN AND MARK O. WILHELM, II'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO CL VERIFY, LLC'S COUNTERCLAIM AND THIRD-PARTY COMPLAINT

Counterclaim-Defendant Chex Systems, Inc. ("Chex"), and Third-Party Defendants David M. Wells ("Wells"), Gunster, Yoakley & Stewart, P.A. ("Gunster"), Martin Romain ("Romain"), and Mark O. Wilhelm, II ("Wilhelm") (collectively, the "Counterclaim-Defendants") by and through their undersigned counsel, file this supplement to their Motion for Extension of Time to File Response to CL Verify, LLC's Counterclaim and Third-Party Complaint ("Motion for Extension of Time").  [Doc. 15]

1.      On December 16, 2010, Counterclaim-Plaintiffs filed their Motion seeking an extension of time to file their responses to CL Verify LLC's ("CLV") Counterclaim and Third-Party Complaint from the existing deadlines of December 20, 2010, and January 4, 2011, to a single deadline of January 20, 2011.

2.      At the time of filing, counsel for Counterclaim-Plaintiffs had not been able to confer with counsel for CLV.

3.      Counsel for CLV subsequently discussed the relief sought in the Motion and CLV has no objection to the requested extension of time to January 20, 2011, for the Counterclaim-Plaintiffs' to file their respective responses to the Counterclaim and Third-Party Complaint.

4.      Through this paper, Counterclaim-Plaintiffs supplement their request and ask the Court to consider the Motion for Extension of Time a consent Motion.

WHEREFORE, Chex Systems, Inc., David M. Wells, Gunster, Yoakley & Stewart, P.A., Martin Romain, and Mark O. Wilhelm, II, request that this Court enter an Order granting their unopposed Motion for Extension of Time to File Response to CL Verify, LLC's Counterclaim and Third-Party Complaint up through, and including, January 20, 2011.

Dated this 16th day of December, 2010.

TANNER BISHOP

By: */s/ Thomas E. Bishop*
       Thomas E. Bishop

Florida Bar Number 956236
Stuart F. Williams
Florida Bar Number 670731
Helen A. Peacock
Florida Bar Number 0016196
One Independent Drive, Suite 1700
Jacksonville, Florida 32202
(904) 598-0034/(904) 598-0395
(facsimile)
*tbishop@tannerbishoplaw.com*
*swilliams@tannerbishoplaw.com*
*hpeacock@tannerbishoplaw.com*

*Attorneys for Chex Systems, Inc.,*
*Gunster, Yoakley & Stewart, P.A.,*
*David M. Wells, Martin Romain, and*
*Mark O. Wilhelm, II,*

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of December, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Paul J. Maselli, Esquire
Maselli Warren, P.C.
600 Alexander Road
Princeton, NJ 08540

Ryan D. Barack, Esquire
Kwall Showers & Barack, P.A.
133 N. Fort Harrison Avenue
Clearwater, Florida 33755

*Attorneys for CL Verify, LLC and DP*
*Bureau, LLC*

David M. Wells, Esquire
Katherine M. Herbenick
Gunster, Yoakley & Stewart, P.A.
One Enterprise Center
225 Water Street, Suite 1750
Jacksonville, Florida 32202

*Attorneys for Chex Systems, Inc.*

*/s/ Thomas E. Bishop*
Attorney