```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                          TAMPA DIVISION

CHEX SYSTEMS, INC.,

       Plaintiff,

v.                                  CASE NO:   8:10-cv-2465-T-33MAP

DP BUREAU, LLC, et al.,

       Defendants.
_____/
```

**ORDER**

This cause comes before the Court pursuant to Plaintiff's Motion to File Redacted Exhibits (Doc. # 12). Defendants filed a Memorandum of Law in Opposition thereto (Doc. # 17).

Plaintiff seeks an order from the Court directing the Clerk of the Court to return to counsel for Plaintiff certain exhibits attached to the Complaint and allowing Plaintiff to file redacted exhibits in their place. Defendants do not oppose Plaintiff's request, but instead suggest in their response that the relief requested by Plaintiff is not broad enough and that a greater prohibition should be imposed on the exhibits, e.g., the exhibits should be stricken or sealed. Defendants, however, do not explain or support this request but instead state that they intend to file a related motion seeking a Court order removing the exhibits to the Complaint. The Court notes that Defendants' response was filed on

December 17, 2010, and a review of the file reveals that Defendants have not filed such a motion. Accordingly, the Court finds that Plaintiff's motion is due to be granted.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) Plaintiff's Motion to File Redacted Exhibits (Doc. # 12) is **GRANTED.**

(2) The Clerk is directed to permanently delete the original unredacted exhibits A-D attached to the Complaint (Doc. # 1) from the Court file.

(3) Plaintiff is directed to file, and link to the Complaint (Doc. # 1), its redacted exhibits by February 25, 2011.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 18th day of February, 2011.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record