**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

CHEX SYSTEMS, INC., a
Minnesota corporation,

    Plaintiff

v.

DP BUREAU, LLC, a Florida limited
liability company and CL VERIFY, LLC,
a Florida limited liability company,

                                           Case No. 8:10-cv-02465-T-33MAP

    Defendants.
_____/

CL VERIFY, LLC,

    Counterclaim Plaintiff,

vs.

CHEX SYSTEMS, INC.,

    Counterclaim Defendant.
_____/

CL VERIFY, LLC,

    Third-Party Plaintiff,

vs.

GUNSTER, YOAKLEY & STEWART, P.A.,
DAVID M. WELLS, MARTIN ROMAIN,
AND MARK O. WILHELM, II,

    Third-Party Defendants.
_____/

**PLAINTIFF CHEX SYSTEMS, INC.'S NOTICE OF FILING REDACTED EXHIBITS**
**PURSUANT TO THE COURT'S FEBRUARY 18, 2011 ORDER [DOC. 30]**

Plaintiff Chex Systems, Inc. ("Chex"), pursuant to the Court's February 18, 2011 Order [Doc. 30] granting Chex's Motion to File Redacted Exhibits (the "Motion") [Doc. 12], hereby provides notice of filing the redacted exhibits attached to Chex's Motion (the "Redacted Exhibits") as revised exhibits to the Complaint [Doc. 1].

The Court, in its February 18 Order, directed that Chex "file, and link to the Complaint (Doc. # 1), its redacted exhibits [as attached to the Motion] by February 25, 2011." [Doc. 30, p.2] In compliance with the Court's Order, Chex hereby files this notice, attaches hereto as Exhibits A through D the Redacted Exhibits which are to be attached to the original Complaint in this suit, and asks that the Clerk of the Court link same to the Original Complaint as Docs. 1-1 through 1-4.

Dated this 25th day of February, 2011.

TANNER BISHOP

By: /s *Thomas E. Bishop*
       Thomas E. Bishop

Florida Bar Number 956236
Stuart F. Williams
Florida Bar Number 670731
One Independent Drive, Suite 1700
Jacksonville, Florida 32202
(904) 598-0034/(904) 598-0395 (fax)
*tbishop@tannerbishoplaw.com*
*swilliams@tannerbishoplaw.com*

*Attorneys for Chex Systems, Inc., Gunster, Yoakley & Stewart, P.A., David M. Wells, Martin Romain, and Mark O. Wilhelm, II*

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that this 25th day of February, 2011, a true and correct copy of the foregoing was furnished by United States Mail and Facsimile to the following:

Paul J. Maselli, Esquire
Maselli Warren, P.C.
600 Alexander Road
Princeton, NJ 08540

Ryan D. Barack, Esquire
Kwall Showers & Barack, P.A.
133 N. Fort Harrison Avenue
Clearwater, Florida 33755

*Attorneys for CL Verify, LLC and DP Bureau, LLC*

David M. Wells, Esquire
Katherine M. Herbenick
Gunster, Yoakley & Stewart, P.A.
One Enterprise Center
225 Water Street, Suite 1750
Jacksonville, Florida 32202

*Attorneys for Chex Systems, Inc.*

      /s *Thomas E. Bishop* _____
      Attorney

00021497