```
             UNITED STATES DISTRICT COURT
              MIDDLE DISTRICT OF FLORIDA
                    TAMPA DIVISION

CHEX SYSTEMS, INC.,
a Minnesota corporation,

       Plaintiff,

v.                              CASE NO:  8:10-cv-2465-T-33MAP

DP BUREAU, LLC, a Florida
limited liability company,
et al.,

       Defendants.
_____/
```

**ORDER**

This cause comes before the Court pursuant to the Suggestion of Bankruptcy filed by Defendant CL Verify, LLC (Doc. # 37), which states that CL Verify, LLC, filed a petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey on March 23, 2011.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) Pursuant to the provisions of 11 U.S.C. §362, this case is automatically **STAYED** as to Defendant CL Verify, LLC.

(2) The following pending motions are **DENIED AS MOOT** with leave to re-file as necessary upon the case being reinstated to active status as to Defendant CL Verify, LLC:

        Doc. # 20 - Motion to Dismiss

        Doc. # 21 - Motion to Dismiss

        Doc. # 23 - Motion to Strike

        Doc. # 27 - Motion to Amend Counterclaim

The Court notes that Doc. # 23 - Motion to Strike may be revised and re-filed on or before April 13, 2011 so as to address only those the portions unrelated to Defendant CL Verify, LLC.

(3) Plaintiff may reinstate this case to active status as to Defendant CL Verify, LLC, upon proper motion at the conclusion of the bankruptcy proceedings, should this suit not be resolved by those proceedings. If this suit is resolved by the bankruptcy proceedings, Plaintiff shall promptly move for dismissal of this case as to CL Verify, LLC.

(4) Defendant CL Verify, LLC is directed to file and serve, on or before June 30, 2011, and every three months thereafter, a status report regarding the Defendant's bankruptcy proceedings.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 30th day of March, 2011.

                              VIRGINIA M. HERNANDEZ COVINGTON
                              UNITED STATES DISTRICT JUDGE